# Court of Appeals
# of the State of Georgia

ATLANTA, December 08, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0611. REBECCA PARRIS v. KATHRYN O'NEILL.

Rebecca Parris filed suit against Kathryn O'Neill and Leigh Hiemes. O'Neill filed an answer and a motion to dismiss, asserting lack of service and jurisdiction. On September 20, 2021, the trial court granted the motion and dismissed the suit with prejudice as to O'Neill. Parris filed this appeal, and O'Neill has filed a motion to dismiss arguing that we lack jurisdiction. We agree.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted). Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b). See id. "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (punctuation omitted).

The record does not show that the trial court has resolved Parris's claims against Hiemes or that the court directed the entry of judgment under OCGA § 9-11-54 (b). Accordingly, in order to appeal, Parris was required to use the interlocutory appeal procedures, which include obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015). Parris's failure to follow the requisite appeal procedures

deprives us of jurisdiction over this direct appeal. Accordingly, O'Neill's motion to dismiss the appeal is GRANTED, and the appeal is hereby DISMISSED. See *Shoenthal*, 333 Ga. App. at 730.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,__12/08/2021_____

        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.